**FILED**

**SEALED**

MAR 13 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:14-MJ-0062 DAD

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | **UNDER SEAL** |
| v. | DAD<br>[PROPOSED] ORDER SEALING CRIMINAL COMPLAINT and ARREST WARRANT |
| RICHARD DEVON SLAUGHTER, | |
| Defendant. | |

**ORDER**

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint and incorporated affidavit, Arrest Warrant and the Government's Request to Seal and this Court's Order in this case shall all be SEALED until further order of this Court.

**IT IS SO ORDERED.**

DATED: 3/13/14

_____
HON. DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

REQUEST TO SEAL CRIMINAL COMPLAINT, ARREST
WARRANT AND [PROPOSED] ORDER SEALING

3