HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
RICHARD DEVON SLAUGHTER

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTER DISTRCIT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-CR-00094 LKK |
| Plaintiff, | STIPULATION AND ORDER |
| v. | TO CONTINUE STATUS CONFERENCE |
| RICHARD DEVON SLAUGHTER, | |
| Defendant. | DATE:  June 24, 2014<br>TIME:  9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through MICHAEL McCOY, Assistant U.S. Attorney and defendant RICHARD DEVON SLAUGHTER by and through his counsel, BENJAMIN GALLOWAY that the status conference set for May 13, 2014 be continued to June 24, 2014 at 9:15 a.m.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4).

Specifically, defense counsel needs additional time to review discovery with the defendant, continue investigating the facts of the case, and discuss a proposed disposition.

1  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

Dated: May 8, 2014  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
RICHARD DEVON SLAUGHTER

Dated: May 8, 2014  BENJAMIN B. WAGNER
United States Attorney

*/s/ Michael McCoy*
MICHAEL McCOY
Assistant United States Attorney
Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including June 24, 2014 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).  It is further ordered that the May 13, 2014 status conference shall be continued until June 24, 2014, at 9:15 a.m.

1  IT IS SO ORDERED.

2  Dated: May 9, 2014

3  _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE
4  UNITED STATES DISTRICT COURT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*U.S.A. v. Slaughter*                -3-
Stipulation and Order